◼ In the Matter of CHRISTOPHER BEATTY, Respondent, v LATOYA SANCHEZ, Appellant. [858 NYS2d 632]—Appeal from an or-

der of the Family Court, Oneida County (David A. Murad, J.), entered July 27, 2007 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner physical custody of the parties' child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Lunn, Fahey, Pine and Gorski, JJ.